JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>        Plaintiffs,<br><br>   v.<br><br>CALIFORNIA SURVEYING CORPORATION, a California corporation,<br><br>        Defendant. | CASE NO.: SACV12-65-JST (JPRx)<br><br>**JUDGMENT** |

///

///

///

1

536952.1

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendant California Surveying Corporation, a California corporation (hereinafter "California Surveying Corporation"), and plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust shall recover from defendant California Surveying Corporation the principal amount of $66,829.29, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from May 15, 2012.

DATED: June 06, 2012

_____
UNITED STATES DISTRICT JUDGE

2

536952.1

Judgment